**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., JAN. 29, 2025** | |
| **DANIEL SOLOMON**, Individually, as Personal Representative of the Estate of **SARAH LEE BEST**, deceased, and on behalf of all Surviving Beneficiaries, | Lead Case No:  1:25-cv-03382-ACR |
| Plaintiff, | **SHORT FORM COMPLAINT** |
| -v.- | |
| AMERICAN AIRLINES INC. 1 SKYVIEW DR. FORT WORTH, TX 76155 | |
| PSA AIRLINES, INC. 1 TERMINAL DR. MIDDLETOWN, PA 17057 | |
| UNITED STATES OF AMERICA, Pamela Bondi, in her official capacity as U.S. Attorney General U.S. Department of Justice 950 Pennsylvania Avenue N.W. Washington, D.C. 20530-0001 | |
| Defendants. | |

DANIEL SOLOMON, Individually, as Personal Representative of the Estate of SARAH LEE BEST, deceased, and on behalf of all Surviving Beneficiaries, respectfully alleges as follows:

1

1.      Plaintiff refers to and incorporates herein by reference the Master Complaint, and any and all later amendments thereto, filed in IN RE: MID-AIR COLLISION IN WASHINGTON, D.C., ON JAN. 29, 2025, as though fully set forth herein.  Plaintiff adopts the Master Complaint and agrees to be bound by any rulings with respect to the pleadings of the Master Complaint.

2.      Plaintiff adopts each of the general allegations of the Master Complaint except for those paragraph numbers set for here, if any: N/A.

## CLAIMS AGAINST DEFENDANTS

3.      Plaintiff brings those Counts, as applicable, against each of the Defendants in the Master Complaint checked below:

☒      AMERICAN AIRLINES, INC.

☒      PSA AIRLINES, INC.

☒      UNITED STATES OF AMERICA

4.      Plaintiff incorporates by reference each of the Causes of Action in the Master Complaint checked below:

*As against AMERICAN AIRLINES, INC.:*

☒      First Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒      Second Cause of Action for Survival Based Upon Common Carrier Duty

☒      Third Cause of Action for Wrongful Death Based Upon Negligence

☒      Fourth Cause of Action for Survival Based Upon Negligence

*As against PSA AIRLINES, INC.:*

☒      Fifth Cause of Action for Wrongful Death Based Upon Common Carrier Duty

☒      Sixth Cause of Action for Survival Based Upon Common Carrier Duty

☒      Seventh Cause of Action for Wrongful Death Based Upon Negligence

☒      Eighth Cause of Action for Survival Based Upon Negligence

*As against UNITED STATES OF AMERICA:*

☒      Ninth Cause of Action for Wrongful Death Based Upon Negligence

☒      Tenth Cause of Action for Survival Based Upon Negligence

## PLAINTIFF'S INFORMATION

5.      Decedent, SARAH LEE BEST, is an individual who was killed in the crash of American Eagle Flight 5342 ("AE 5342") on January 29, 2025.

6.      SARAH LEE BEST resided in Washington, D.C.

7.      Plaintiff DANIEL SOLOMON is a citizen and resident of Tennessee.

8.      Plaintiff DANIEL SOLOMON brings this lawsuit individually, as Personal Representative of the Estate of SARAH LEE BEST, and on behalf of all Surviving Beneficiaries, including but not limited to TRUMAN BEST and IN SUK BEST.

9.      On or about July 8, 2025, the Superior Court of the District of Columbia Probate Division issued an order appointing Plaintiff DANIEL SOLOMON as Personal Representative of the Estate of SARAH LEE BEST. Therefore, he has standing to assert both wrongful death and survival claims on behalf of all beneficiaries of SARAH LEE BEST and brings this lawsuit in his representative capacity.

## PLAINTIFF'S ADMINISTRATIVE CLAIM

10.      On or about July 24, 2025, Plaintiff DANIEL SOLOMON, as Personal Representative of the Estate of SARAH LEE BEST, deceased, and on behalf of all Surviving

Beneficiaries, as well as all individual claimants, served their initial administrative claims upon the Federal Aviation Administration ("FAA").

11.     On or about July 24, 2025, Plaintiff DANIEL SOLOMON, as Personal Representative of the Estate of SARAH LEE BEST, deceased, and on behalf of all Surviving Beneficiaries, as well as all individual claimants, served their initial administrative claims upon the United States Army ("Army").

12.     The USA:

☒      did not serve any formal response either accepting or denying any of the aforementioned claims within six months of filing, as set forth in 28 U.S.C. § 2675(a). This therefore constitutes a final denial of the claims entitling Plaintiff to file this complaint pursuant to 28 U.S.C. § 2675(a).

and/or

☐      the FAA denied Plaintiff's claims on _____, on behalf of both the FAA and the Army.

## PLAINTIFF'S DAMAGES

13.     Plaintiff requests all available wrongful death and survival economic and non-economic damages in an amount according to proof at trial, including but not limited to the following:

☒      DECEDENT's unusual G-forces, physical injuries, conscious pain and suffering, mental anguish, emotional distress, fear of impending death, and other injuries and damages that ultimately caused his/her death;

☒      the loss of the gross earning power of the DECEDENT;

4

☒ the loss of the full value of the life of the DECEDENT;

☒ loss of the parental and/or familial relationship arising from the death of the DECEDENT;

☒ the loss of financial support and contribution of the DECEDENT;

☒ loss of services;

☒ loss of inheritance;

☒ loss of accumulations;

☒ full pecuniary loss of the DECEDENT;

☒ loss of past and future income, support, society, love, grief, consortium, solatium, services, guidance, care, comfort, and companionship of the DECEDENT;

☒ loss of life's pleasures;

☒ loss of enjoyment of life of the DECEDENT;

☒ mental anguish and mental pain and suffering that the heirs, beneficiaries, and distributees of the DECEDENT's Estate were caused to incur;

☒ other necessary and reasonable expenses as a result of the DECEDENT's death;

☒ attorneys' fees, costs, and other damages permitted under applicable laws;

☒ pre- and post-judgment interest on all damages as allowed by law;

☒ all costs of suit herein;

☒ such other and further relief as the Court shall deem just and proper;

☐    Other (specify):

## ADDITIONAL ALLEGATIONS, IF ANY

14.    At the time of her death, SARAH LEE BEST was an associate attorney with Wilkinson Stekloff LLP.  Sarah graduated summa cum laude from University of Pennsylvania Carey Law School, and as a member of the Order of the Coif.  Following law school, Sarah completed three consecutive federal judicial clerkships: with Judge Eugene E. Siler, Jr. of the United States Court of Appeals for the Sixth Circuit; Judge Paul S. Diamond of the United States District Court for the Eastern District of Pennsylvania; and Judge John P. Cronan of the United States District Court for the Southern District of New York.  In October 2024, Sarah joined Wilkinson Stekloff, LLP with impeccable credentials and a bright future ahead of her in the legal profession.  Indeed, despite only having worked at Wilkinson Stekloff for a few months, Sarah was already involved in significant casework.  She was on AE 5342 traveling home from a deposition in Wichita with one of her colleagues at the time of the crash.

In addition to being a talented attorney, Sarah was a loving and supportive wife to her husband DANIEL SOLOMON.  Daniel and Sarah were deeply connected, and losing Sarah has had profound emotional, personal and economic impacts on Daniel that cannot be overestimated.  Sarah was also a devoted daughter to her parents Truman Best and In Suk Best.  Sarah was the youngest of their three daughters, and she remained close with her parents.  As she began working at Wilkinson Stekloff, Sarah told her parents that she wanted to support them financially, helping them to purchase a home in Virginia where they had lived years earlier, and taking her mother on vacations in Europe.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury as to all claims in this action.

Dated: March 9, 2026

**KREINDLER & KREINDLER LLP**

By:    */s/ Vincent C. Lesch*
        Brian J. Alexander
        (Bar ID: NY0679)
        Justin T. Green
        (Bar ID: NY0692)
        Anthony Tarricone
        (Bar ID: 492480)
        Daniel O. Rose
        (*pro hac vice*)
        Vincent C. Lesch
        (Bar ID: NY0675)
        Evan Katin-Borland
        (Bar ID: NY0674)
        Erin R. Applebaum
        (*pro hac vice*)
        485 Lexington Avenue, 28th Floor
        New York, New York 10017
        (212) 687-8181
        balexander@kreindler.com
        jgreen@kreindler.com
        atarricone@kreindler.com
        drose@kreindler.com
        vlesch@kreindler.com
        ekatinborland@kreindler.com
        eapplebaum@kreindler.com